**TAO LIU, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–73361.

United States Court of Appeals, Ninth Circuit.

Submitted March 6, 2012.*

Filed March 14, 2012.

Ning Ye, Law Offices of Ning Ye, Esq., Flushing, NY, for Petitioner.

Rachel Louise Browning, Don George Scroggin, Esquire, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

## MEMORANDUM **

Tao Liu, a native and citizen of China, petitions for review of the Board of Immigration Appeals' order summarily affirming an immigration judge's ("IJ") decision denying his motion to reopen and rescind

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

his in absentia removal order. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of discretion, *Celis–Castellano v. Ashcroft*, 298 F.3d 888, 890–91 (9th Cir.2002), we grant and remand the petition for review.

The IJ abused his discretion in denying Liu's motion on the ground that Liu "has not provided evidence to suggest" his immigration consultant attended Liu's asylum interview and immigration proceedings unbeknownst to Liu, where Liu provides an outline of the events in his sworn affidavit. *See Celis–Castellano*, 298 F.3d at 892 ("[T]he Board must accept the facts in an alien's affidavit as true unless inherently unbelievable.").

We grant the petition and remand.

**PETITION FOR REVIEW GRANTED; REMANDED.**